# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:16-cr-168-DPM | |
| FRED HAMLET | | DEFENDANT |

## ORDER

Hamlet's second motion for early termination of supervision, № 8, is denied without prejudice for much the same reasons the Court gave four months ago. 18 U.S.C. § 3583(e)(1). His wife's recent medical problems are, of course, serious and concerning. But Hamlet has made no particularized showing about why or how those distressing circumstances prevent him from completing his sentence. The Court encourages Hamlet to press on and we'll see where things stand after he's completed more than two years of supervision.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 November 2017